

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2024**

*/s/ Mark X. Mullin*
_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 24-40622-MXM |
| | § | |
| KEVIN MATHEW WARD | § | Chapter 13 |
| STEPHANIE AMELIA GARCIA | § | |
| | § | JUDGE MARK X MULLIN |
| DEBTORS | § | |

---

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2023-04
### (NOI-FIRST $)

---

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtors **failed to timely pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date,** and 7 business days written notice of such failure was given to Debtors and the Attorney for Debtors, if any, prior to submission hereof:

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2023-04 paragraph 3c **PROVIDED** that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326(a)(2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number: 24-40622-MXM |
| KEVIN MATHEW WARD | § § | Chapter 13 |
| STEPHANIE AMELIA GARCIA | § § | JUDGE MARK X MULLIN |
| DEBTORS | § | |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2023-04
(NOI-FIRST $)**

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtors **failed to timely pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date,** and 7 business days written notice of such failure was given to Debtors and the Attorney for Debtors, if any, prior to submission hereof:

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2023-04 paragraph 3c **PROVIDED** that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326(a)(2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000